# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

2023 JUN -8 PM 4: 17

DEPUTY CLERK

JUSTIN ISREAL ESCOBAR
Plaintiff

v.

**5-23CV-121-C**
Civil Action No.

D.R. Horton, Inc.
Defendant

## COMPLAINT

See Attached Complaint

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 06/08/2023 |
| Signature | JUSTIN ISREAL ESCOBAR  By: Escobar, Justin/agent |
| Print Name | JUSTIN ISREAL ESCOBAR |
| Address | 211 Lake Ct |
| City, State, Zip | Wolfforth, TX, 79382 |
| Telephone | 806-500-6597 |

5 - 23 C V - 1 2 1 - C

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

IN AND FOR LUBBOCK COUNTY, TEXAS

JUSTIN ISREAL ESCOBAR/principal

211 Lake Ct Wolfforth, Texas 79382

(806)-500-6597

Plaintiffs,

v.

D.R Horton, Inc.

1341 Horton Circle Arlington, Texas 76011

817-390-8200

Defendants.

_____/

## COMPLAINT FOR BREACH OF CONTRACT, SECURITY FRAUD

## CIVIL REMEDIES FOR BREACH, DEMAND FOR JURY TRIAL

I. Jurisdiction, Venue, and Parties

    A. Jurisdiction and Venue

        1. This is an action for damages which include interest, fees, costs, and equity recoverable under the claims set, and which damages have been suffered by the Plaintiffs due to

the actions and non-performance of the Defendants as set forth hereinbelow, for remedy, and for trial by jury of all issues so triable as a matter of right.

        2. Jurisdiction of this action is proper in this Court as Defendant D.R. Horton, Inc. maintains numerous offices for the conduct of regular and continuous business within the State of Texas including Lubbock County, Texas, and as numerous of the acts set forth herein were committed by D.R. Horton, Inc. during the time that it was registered to do business in Texas.

        3. Venue of this action is proper in this Court as applicable Texas law provides that if venue is proper as to any one Defendant in multi-Defendant litigation that venue. is proper to all Defendants, and as venue is proper as to Defendant D.R. Horton, Inc.

    B. Parties

4. Plaintiff JUSTIN ISREAL ESCOBAR, principal is a resident of Lubbock County, Texas.

5. Defendant D.R. Horton, Inc. in Tarrant County, Texas

## II. Breach of Contract, Security Fraud

6. For the record, as the authorized agent on behalf of JUSTIN ISREAL ESCOBAR/principal, everything was done in GOOD FAITH and IN HONOR to the best of my abilities and knowledge. I am presenting myself pro se in this matter, and I am bringing this claim to provide proof of my complete performance of the contractual obligations on behalf of my principal. I entered into a contractual agreement with Patterson Pointe who is a subsidiary of D.R. Horton, Inc. on 10/14/2022 and had an authorized agent performance/duty on behalf of my principal. I have a contractual obligation to perform and keep the account in honor. According to the Federal Reserve Act section 16, paragraph 1, and the act of June 12, 1945, subsection 2, the collateral security deposit of my application was deposited, and an advancement of Federal Reserve Notes were issued to the CFO of D.R. Horton, Inc. When the financial institution accepted the deposit of that security, it constituted tender as stated in the aforementioned statute, which states that in no event shall the collateral security be less than the full amount of the Federal Reserve notes applied for. The bank will accept the deposit of collateral security as tender when the collateral is notes, drafts, bills of exchange, or acceptances acquired under Section 92, 342 to 348, 349 to 352, 361, 372 or other sections of the Federal Reserve Act. I reached out and gave Notice: Claim of Credits on 04/19/2023 as the authorized agent on behalf of my principal to accept all titles, rights, interests, and equity owed to my principal. Patterson Pointe issued me negotiable instruments to which I accepted and indorsed on behalf of my principal and intended to transfer the interest back to the principals' account for set-off. As per the Federal Reserve Act section 16, paragraph 2, and the act of June 12, 1945, subsection 2, I accompanied a tender of payment along with a bill of exchange to the financial institution as described in the Federal Reserve Act. In my tender of payment, I gave a precise letter of instructions to the CFO Bill W. Wheat demanding payment to be applied and a written response once fiduciary duties were complete.  To provide proof of tender of payment, I sent my performance Certified Mail: 70222410000068917331 which was signed and received on 04/21/2023. After 5 days, my performance as the agent on behalf of the principals' account was blatantly ignored and I received no response once fiduciary duties were complete. I then proceeded to send another tender of payment and bill of exchange giving Notice: Opportunity to Cure to the CFO Bill W. Wheat and was blatantly ignored once again. This performance was delivered and signed for Certified Mail: EI664411739US on 05/23/2023 and I gave 5 business days for a response. My last Notice of Default was delivered and signed for on 05/31/2023 Certified Mail: EI664410733US. I am in distress and am being extorted out of my estate by the defendant's non-performance of fiduciary duties. Patterson Pointe is demanding payment and I have provided proof of tender of payment and have exhausted all my options. My direct instructions and estates' securities are being blatantly ignored so I have no other option but to file a lawsuit.

## III. If plaintiff prevails.

7. As the authorized agent on behalf of my principal, I have completed my performance to the best of my abilities and ask to be compensated for my actions. I demand to be reimbursed for everything that I have paid out of pocket and the acknowledgement of the plaintiff's Bill of Cost.

DEMAND FOR JURY TRIAL

 Plaintiffs demand trial by jury of all matters so triable as a matter of right pursuant

Dated this 8th day of June, 2023.