IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JUSTIN ISREAL ESCOBAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| D. R. HORTON, INC., | ) ) |
| Defendant. | )   Civil Action No. 5:23-CV-121-C |

**JUDGMENT**

In accordance with the Court's Order of even date granting Defendant's Motion to Dismiss,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Justin Isreal Escobar's claims asserted against Defendant D.R. Horton, Inc., in the above-styled and -numbered civil action are **DISMISSED** WITH PREJUDICE.

Dated this 9th day of August, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE